MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL McINTYRE,<br><br>Defendant. | No. MJ18-179-MAT<br><br>(~~PROPOSED~~) ORDER TO EXTEND TIME TO FILE INDICTMENT |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter, Mr. McIntyre's waiver, and the record in this case. The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Mr. McIntyre and the interest of justice is served by granting an extension to afford counsel reasonable time necessary to accomplish those tasks. The government does not oppose the request to extend the indictment deadline from May 20, 2018 to May 31, 2018.

//
//
//

(PROPOSED) ORDER TO EXTEND TIME TO
FILE INDICTMENT
(Michael McIntyre; MJ18-179MAT)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS ORDERED that the date on or before an indictment must be filed is extended to May 31, 2018.

DONE this 11th day of May, 2018.

_____
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA
UNITED STATES DISTRICT COURT

Presented by:

*s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Michael McIntyre

(PROPOSED) ORDER TO EXTEND TIME TO
FILE INDICTMENT
(Michael McIntyre; MJ18-179MAT)  - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100